UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAMES WRIGHT,

                                                Plaintiff,

          -against-

THE CITY OF NEW YORK, P.O. "JANE DOE"
AND "JOHN DOE" 1-10.

1 'through' 10 inclusive, the names of the last
defendants being fictitious, the true names of the
defendants being unknown to the plaintiff(s),

                                              Defendants

-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUN 0 7 2012 ★

BROOKLYN OFFICE

**STIPULATION OF
SETTLEMENT AND ORDER OF
DISMISSAL**

11-cv-2051 (NGG) (VVP)

        **WHEREAS,** plaintiff commenced this action on or about April 27, 2011, alleging that the defendants violated plaintiff's federal civil rights and state common law rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this action without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.       The above-captioned action, <u>James Wright v. City of New York, et al.</u>, 11-cv-2051 (NGG)(VVP)(E.D.N.Y.) ("this action"), is hereby dismissed against the defendants,

with prejudice, and without costs, expenses, or attorney's fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff, JAMES WRIGHT, the sum of FIVE HUNDRED DOLLARS ($500.00), in full satisfaction of all claims, including all claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal, with prejudice, of all the claims against the defendants, the City of New York and the individuals named herein as "P.O. 'Jane Doe' and 'John Doe' 1-10," and to release the defendants and any present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any

other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

    5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

    6. Plaintiff agrees to hold harmless the defendants, City of New York, and the individuals named herein as "P.O. 'Jane Doe' and 'John Doe' 1-10," regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Paul Hale, Esq.
Attorney for Plaintiff
26 Court Street, Suite 1901
Brooklyn, NY 11242
(718) 554-7344

By: *[signature]*
PAUL HALE, Esq.
Attorney for Plaintiff

Dated: New York, New York
_____, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, Rm. 3-158
New York, New York 10007
(212) 788-4026

By: *[signature]*
K. Adam Bloom
Special Assistant Corporation Counsel

Dated: New York, New York
_____, 2012

Dated: New York, New York
   June 5, 2012

SO ORDERED:

s/Nicholas G. Garaufis

_____
HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE